**WO**            IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>      v.<br><br>Juan Lopez-Uriarte,<br><br>                Defendant. | CR-07-919-05-PHX-FJM<br><br>ORDER OF DETENTION |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

The Court has considered the proposed property bond as offered by defense counsel at the hearing.

The Court concludes, that a $20,000.00 cash bond would be an appropriate bond.  Should the defendant post such a bond the Court will set a release hearing.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 27th day of November, 2007.

_Edward C. Voss_
United States Magistrate Judge